IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Case Number_____

| | |
|---|---|
| Ade Olumide | Plaintiff- Appellant |
| Vs | Defendants-Appellees |

U.S. Attorney General and

House Democratic Caucus and

House Republican Conference and

Senate Democratic Caucus and

Senate Republican Conference

## NOTICE OF APPEAL

Notice is hereby given this11th day of May 2020 , that Ade Olumide the Plaintiff – Appellant hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment by Amy Berman Jackson United States District Judge entered on the 15th day of April 2020 at U.S. District Court District of Columbia Circuit (Washington, DC) Civil Docket For Case #: 1:20−cv−00247−UNA, in favor of Defendants U.S. Attorney General, House Democratic Caucus, House Republican Conference, Senate Democratic Caucus, Senate Republican Conference, against said Plaintiff- Appellant Ade Olumide who now seeks the following declaratory relief before this court;

### IMPLICATIONS OF PARTY NAME ON BALLOT ELECTION RESULT

1. **Declaration 1** that; the US Constitution uses the word "ballot" to describe "election" processes, therefore it is beyond the jurisdiction of the House or Senate Democratic or Republican Caucuses or DOJ or court to change the Voting Rights Act meaning of "Federal, State, or local election .. counting of the ballots" to exclude floor crossing between political parties that are named on the "ballot". A political party cannot be named on a ballot except through the state's legislative or electoral commission process to determine which political party can field a candidate on a ballot, based on the political party's compliance to legislation or regulations regarding nomination or election donations and other criteria.

**RECEIVED**

MAY 12  2020

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

### HOUSE AND SENATE DEMOCRATIC AND REPUBLICAN PARTY CAUCUS RULE 1 ARE UNCONSTITUTIONALLY VOID

2. **Declaration 2** that; House Democratic Caucus Rule 1 letter expelling the member for New Jersey from caucus, is void because it does not have an s5 Voting Rights Act preclearance and because the US Constitution Art 1 s5(1)(2) power of the House or Senate to set rules for expulsion, cannot be delegated to political party caucuses. If it did (it does not), that power is not unlimited, it cannot be used in an arbitrary (contrary to we the people representation objects of the House and Senate) manner. US Constitution Art 1 s5(2) two-thirds expulsion by the House or Senate confirms that this power cannot be delegated to a party caucus or even a House or Senate Committee. Therefore, House Republican Conference Rule 1b is void; "A 2⁄3 vote of the entire membership shall be necessary to expel a Member of the Conference" AND House Democratic Caucus Rule 1 is void; "Except that when a Member resigns from the Democratic Party or acts affirmatively to change political parties, the Member shall automatically cease to be a Member of the Caucus."

### HOUSE AND SENATE DEMOCRATIC AND REPUBLICAN PARTY CAUCUS LACK JURISDICTION TO CHANGE AN ELECTION RESULT

3. **Declaration 3** that; a floor crossing is anti democratic, because, it is tantamount to new election where the member and the caucus get to vote to change an election result by defrauding voters' right to object to a change in the election results. US Constitution Art 1 s3(2) "Congress .. Rules and Regulations respecting ... Property (valuable service) belonging to the United States;.. nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State" means, it is beyond the jurisdiction of the House or Senate Democratic or Republican Caucus to create any rules that authorize floor crossing or expulsion.

### VOTING RIGHTS ACT EFFECTIVENESS OF VOTE FOR PRIMARY & ELECTION VOTERS, STATES

4. **Declaration 4** that; except by US Constitution Art 1 s5(2) expulsion vote by 2/3 of the House or Senate or US Constitution Art 1 s2(4) vacancy, that triggers a US Constitution Art 1 s2(4) Writs of Election by the Executive, expulsion by the elected member or the House or the Senate Democratic or Republican Party caucus, defrauds s13(c)(1) Voting Rights Act "effective"ness of vote services for primary voters,

election voters and states.

### REPRESENTATIVE DEMOCRACY TRUMPS FREEDOM OF ASSOCIATION AND EXPRESSION.

5. **Declaration 5** that; While a member of the House or the Senate has a freedom of assembly (association) right to join another party or freedom of speech (expression) right to become an independent, "We the people" have a constitutionally guaranteed representative democracy rights, the umpire for which constitutional right prevails, is the representative democracy objects of the House and Senate Democratic or Republican caucus.

### RULE OF LAW AGAINST ARBITRARY CONSTITUTIONAL INTERPRETATION

6. **Declaration 6** that; The constitutional rule of law against arbitrary (contrary to objects) interpretation of law as expressed in the doctrine of abuse of rights, requires that when there are two competing constitutional rights, the umpire is the objects of the subject matter.

### DEFRAUDING NOMINATION AND ELECTION VOTERS AND DONORS, GOVERNMENTS

7. **Declaration 7** that; it is irrational to allege that freedom of association or expression or conscience is a right to defraud nomination and election voters and donors / national or state or local governments that are paying for elected member services pursuant to a writ of summons to serve in the elected party caucus. Au contraire, freedom of association or expression or conscience rights of party members and the electorate means, a resignation, new nomination and a new election is the only legal means to achieve a floor crossing

### FLOOR CROSSING IS A VIOLATION OF THE CIVIL RIGHTS ACT

8. **Declaration 8** that; Civil Rights Act "equal enjoyment of ... services, .. privileges, advantages, ..without discrimination" in 201 "discrimination .. of any kind" in s202, "withhold or deny" in s203, "person has engaged" in 204, "permanent or temporary injunction, restraining order, or other order" in 204, "deny the full exercise of the rights" in 206, applies to floor crossing effect on the effectiveness of voting rights for white people and non-white people.

### CIVIL RIGHTS ACT PREVENTIVE RELIEF IS A DOJ FLOOR CROSSING LEGAL OPINION POSITIVE OBLIGATION

9. **Declaration 9** that; there is public record evidence to support a judicial notice of fact that since the inception of congress, there have been 24 party caucus floor crossings in the House and 24 party caucus floor crossings in the Senate AND that a floor crossing by a Democrat has an effect on the voting rights of non whites that is

different from its effect of the voting rights of whites AND a floor crossing by a Republican has an effect on the voting rights of white males that is different from its effect of the voting rights of non-whites, therefore a floor crossing is a violation of; Civil Rights Act "attempt to withhold or deny, or deprive" in 203, "reasonable grounds to believe that any person i**s** about to engage" in 204, "civil action for preventive relief" in 204, "pattern or practice of resistance to the full enjoyment of ... rights" in 206, applies to any House or Senate or state legislature or local party caucus rules that authorize floor crossing or expulsion of an elected member from an elected party caucus;

### ACTION NECESSARY TO MAKE VOTE EFFECTIVE BY PROTECTING INTEGRITY OF ELECTION BALLOT COUNT

10. **Declaration 10** that; Voting Rights Act "Vote ...all action" in s13(c)(1) includes floor crossing; "SEC. 13. (c)(1) .. "vote" or "voting" shall include all action necessary to make a vote effective in any primary, special, or general election, including, but not limited to, ...", therefore floor crossing is a violation of the **integrity of the election ballot count**. Victims include;

   a) party primary voters' elected party representation rights,
   b) general election voters' US Constitution Art 1 s2 s3, 9th Amendment, 14th Amendment s1, elected party representation rights in any Voting Rights Act "Federal, State, or local election",
   c) states' US Constitution Art 1 s3(1), 14th Amendment s2, 17th Amendment House and Senate party representation rights,
   d) any individual or organization who donated to the candidate's party primary or election or re-election campaign,
   e) any governments or parties that contribute to the cost of the party primary,
   f) any governments that contribute to the cost of writ of election ballots with candidate name and party,
   g) federal government that provides a candidate writ of summons to serve in House or Senate party caucus to which the member was elected,
   h) federal government that pays the salary, benefits and expenses of the candidate that won the election to serve in House or Senate party caucus,
   i) similar above-mentioned parties affected floor-crossing in a US Constitution Art 4 s4 state legislature or any local councils that permits political parties

### LACK OF HOUSE OR SENATE DEMOCRATIC OR REPUBLICAN CAUCUS JURISDICTION TO EXPEL A DISLOYAL ELECTED MEMBER FROM CAUCUS

11.     **Declaration 11** that; voters do not elect a candidate to become a member of a party, membership is a service available to the public, a candidate that is elected to serve in a House or Senate Democratic or Republican caucus cannot be expelled from the elected party caucus for becoming a member of another

political party or no political party. Any party caucus rule that stipulates expulsion as a penalty for disloyalty OR that a member that was elected to a party caucus has to be a member of that party OR permits floor-crossing, is void, because the mandatory right to seat in a particular party caucus is given by voters, not the party, therefore the party lacks jurisdiction to attach additional party loyalty criteria for party caucus membership.

### A VOTE FOR A PARTY CANDIDATE IS A VOTE AGAINST INDEPENDENT REPRESENTATION

12.     **Declaration 12** that; the election of a party's candidate implies the equal benefit of party caucus rights and rules, that are not available to an independent, although a party caucus is not a parliamentary committee, it is a political subdivision exercise of public power that is integral to the effectiveness of the vote for the legislative branch of government. The political party makeup of the legislative branch of government, is the will of the electorate, therefore caucus rules must be publicly disclosed to the electorate before and after the election, a party rule that violates the Constitution shall be subject to court judicial review public law remedy.

### PARTY CAUCUS IS NOT A PARLIAMENTARY COMMITTEE

13.     **Declaration 13** that; The election of a party's candidate to the House of Senate implies a right to certain benefits that would not available to an independent, although a House or Senate party caucus is not a House or Senate Committee that is governed by the rules of the House or Senate, it is a political subdivision exercise of public power that is integral to the effectiveness of the legislative branch of government, therefore it is implied from the 1st Amendment and the objects of the Freedom of Information Act that caucus rules should be public, and any unconstitutional rule should be subject to court inherent jurisdiction judicial review public law remedies.

### IMPLICATION OF FLOOR CROSSING ON FEDERALLY ASSISTED VOTING PROGRAMS

14. **Declaration 14** that; Political party caucus rules lack jurisdiction to violate;

a) USA Constitution "We the People .. form a more perfect Union.. insure domestic Tranquility.. promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity..".

b) US Constitution Art 4, s4 "The United States shall guarantee to every State.. a

Republican Form of Government".

c) Declaration of Independence July 4 1776 "We hold these truths to be self-evident, that

all .. are endowed by their Creator with certain unalienable rights.. to secure these rights, governments..

**deriving their just powers from the consent of the governed**.

d) National Voter Registration Act of 1993 "(a)(1) the right of citizens of the United

States to vote is a fundamental right; (2) it is the duty of the Federal, State, and local governments to promote

the exercise of that right;.. (b)(3) to protect the **integrity of the electoral process**;".

e) objects of Help America Vote Act 2002 ".. program to provide funds to States ...

establish the Election Assistance Commission to assist in .. Federal elections ..

administration of certain Federal election laws and programs.... other purposes.. Help America Vote

Foundation...Voting assistance programs...".

f) objects of Civil Rights Act 1964 "..To enforce the constitutional right to vote".

g) objects of Voting Rights Act 1965 "ACT To enforce the fifteenth amendment to the

Constitution of the United States, and for other purposes".

h) objects of Federal Election Campaign Act of 1971.

**PARTY PRIMARY (FLOOR CROSSING) COMMON LAW BINDS DOJ**
15. **Declaration 15** that; The political party make up for the House or the Senate is the electoral will of

US Constitution "we the people". In order to guarantee the effectiveness of the vote, lower courts and the

US Supreme Court extended election voting rights to include party primary and pre-primary activity

leading to primary voters', election voters', state's political party representation in the federal House or

Senate. As shown below, the same logic that applied to party primaries applies to a party caucus floor

crossing, which is a post-primary activity leading primary voters', election voters', state's political party

constitutional representation rights;

a) Utah Republican Party v. Cox - The Tenth Circuit Court of Appeals No. 16-4091 D.C. No. 2.16-CV-00038-DN "A political party .. First Amendment right to limit its membership ... are circumscribed..

when.. State gives .. **certain parties the right to have their candidates appear with party endorsement on the general-election ballot**.. party's... (*floor-crossing*) action may become state action ... **State acquires a legitimate governmental interest** ...enabling it to prescribe.. (*floor-crossing*) process .. early as 1941 the Supreme Court held.. primary elections – or even pre-primary party activity ... **were sufficiently "state action"**... **State may ... insist that intraparty** (*floor-crossing*) **..be settled .. by primary** ((*floor-crossing election*).. **state interests constitute the very backbone of our constitutional scheme .. founders recognized the importance of representative democracy.**... primary (*floor-crossing*).. affect profoundly the choice at .. election and may .. deprive.. voter of ..**constitutional rights to choice**" ..a government that refused to acknowledge its interest in protecting representative democracy during primary (*floor-crossing*) ...would be ignoring its **solemn obligation** ... **State has a ..compelling interest in ensuring that the governed have an effective voice** in the (*floor-crossing election*) process of deciding who will govern them.."

b) United States v. Classic, 313 U.S. 299 (1941)...2. .. **The primary** (*floor-crossing*) **election is an integral part of the procedure for choosing Representatives,**.. to secure the election of the primary (*floor-crossing*) nominee of a particular political party...3. .. the primary (*floor-crossing*) effectively controls the choice, the right .. to vote .. at the primary (*floor-crossing*), is **part of the right to choose Representatives** secured by Art. I, § 2. P. ... **A primary** (*floor-crossing*) **election, which is a necessary step in the choice of candidates for election as Representatives in Congress,** .. controls that choice, is an election (*floor-crossing*) within the meaning of Art. I, §§ 2 and 4 of the Constitution, and is subject to Congressional regulation as to the manner of holding it. ... Section 20 of the Criminal Code provides that whoever (*DOJ Consent To Party Caucus Rules*), "under color of any law," willfully .. **deprivation of any rights, privileges** ..**protected by the Constitution and laws.**..shall be punished... where, in fact, the primary (*floor-crossing*) effectively controls the choice, .. right of (*floor- crossing*) participation is protected just as is the right to vote at the election, .. we cannot close our eyes to the fact, .. that .. choice of candidates at the primary (*floor- crossing*) may be so great as to affect profoundly the choice at the general election, even though there is no effective legal prohibition upon the rejection .. at the primary (*floor-crossing*), ..**to deprive the voter of his constitutional right of choice.** ...Unless the constitutional protection of the integrity of "elections" extends** to primary (*floor-crossing*) elections,.. **the popular choice of representatives is stripped of its constitutional protection** .. ... It is hardly the performance of the judicial function to construe a statute which, in terms, protects a right secured by the Constitution, here the right to choose a representative in Congress, as applying to an election whose only function is to ratify a choice already made at the primary, but as having no application to the primary (*floor-crossing*) **which is the ..means of choice. To withdraw from the scope of the statute an effective interference with the constitutional right of choice.. is to say that acts plainly within the statute should be deemed to be without it** .... If a right secured by the Constitution may be infringed by (*DOJ*) **corrupt failure to include a primary** (*floor-crossing regulation or court injunction or declaration*) **..**.. that a particular form of pollution has only an indirect effect on the final election is immaterial. **... The important consideration is that the Constitution should be interpreted broadly, ... to deal with all the exigencies of the electoral process. .. to place beyond the pale acts which, in their direct or indirect effect, impair the integrity of Congressional elections.**

c) Terry v. Adams, 345 U.S. 461 (1953)..The State here devised a process for primary elections. The right of all citizens to share in it, and not to be excluded by unconstitutional (*floor-crossing*) bars, is emphasized by the fact that .... ."We think that this statutory system for the selection of party nominees for inclusion on the general election ballot makes the party *which is required* to follow these legislative directions an agency of the state insofar as it determines the participants in a primary (*floor- crossing*) election. The **party** *(caucus in the House or Senate)* **takes its character as a state agency from the** (*DOJ floor-crossing*) **duties imposed upon it by state statutes** *(Civil Rights Act, Constitution, Criminal*

*Code, Voting Rights Act);* **the duties do not become matters of private law because they are performed by a political party**."

d)      Smith v. Allwright, 321 U.S. 649 (1944)..1. The right of a citizen of the United States to vote for the nomination of candidates for the United States Senate and House of Representatives in a primary (*floor-crossing*) which is an integral part of the elective process is a right secured by the Federal Constitution, and this right of the citizen may not be abridged. ..When, as here, primaries (*floor-crossing*) become a part of the machinery for choosing officials, state and federal, the same tests to determine the character of .. abridgment should be applied to the primary (*floor-crossing*) as are applied to the general election. ... Texas is free to conduct her elections and limit her electorate ..**save only as her action may be affected by the prohibitions of the United States Constitution or in conflict with powers delegated to and exercised by the National Government**. ..We think that this statutory system for the selection of party nominees for inclusion on the general election ballot makes the party which is required to follow these legislative directions an agency of the state in so far as it determines the participants in a primary (*floor-crossing*) election. **..If the state requires a certain electoral procedure, .. made up of party nominees .. practically speaking, .. it endorses** (*floor-crossing*), **adopts and enforces the ..** (*floor-crossing*) **practiced by a party..**. United States is a constitutional democracy. Its organic law grants to all citizens a right to participate in the (*floor-crossing*) choice of elected officials without restriction .. the opportunity for choice is not to be nullified by a .. electoral process in a form which permits a private organization to practice (*floor-crossing*). **Constitutional rights would be of little value if they could be thus indirectly denied**. ..privilege of ... a party may be, .. no concern of a state. **But when.. that privilege is also the essential ..in a primary** (*floor-crossing*) **to select nominees for .. election, the state makes the action of the party the action of the state**. ...

e)      Alaskan Independence Party *v.* Alaska, 545 F.3d 1173 (9th Cir. 2008) Court of Appeals for the Ninth Circuit... **....** The question before us is whether Alaska has a sufficiently compelling interest in its state-run mandatory primary (*floor-crossing*) justifying the burden on Appellants' associational rights. We hold that it does. "....  purpose of Alaska's mandatory direct primary (*floor-crossing election*) is to provide a neutral mechanism for resolving party nominating (*floor-crossing*) decisions that reduces the role of party leadership and gives ultimate authority to party voters. This advances the state's interest in ...preventing party leadership from controlling nominating (*floor- crossing*) decisions, **while promoting democratic decision making. The state's goals would clearly be impeded if party leaders could** either opt out of the primary (*floor- crossing election*).. or **interfere with the democratic process by** exercising veto power over the candidates that might seek the nomination (*floor-crossing election*)...**We have also agreed that "the State's interest in enhancing the democratic character of the** (*floor-crossing*) **election process overrides whatever interest the Party has in designing its own rules for nominating** (*floor-crossing*) **candidates,**" ...[a state] may lawfully require that significant elements **of the democratic election process be democratic— whether the Party wants that or not"**). **...**

f)      Morse Et Al. *V.* Republican Party Of Virginia Et Al. Appeal From The United States District Court For The Western District Of Virginia No. 94-203. Argued October 2, 1995-Decided March 27,1996 ... Voting Rights Act of 1965, ...prohibits the enactment or enforcement .. of (*floor-crossing*) voting qualifications or procedures that differ from those in effect on November 1, 1964, or two later dates, **unless they have been precleared by the Attorney General or approved by the United States District Court for the District of Columbia.**...Attorney General's regulation... provides that when a political party makes a change affecting (*floor-crossing*) voting, § 5 requires preclearance if ..The (*floor-crossing*) change must relate to "**a public electoral function of the party**" ... We expressly held that "§ 5, like the constitutional provisions it is designed to implement, applies to all entities (party caucuses) having power over any aspect of the (*floor-crossing*) electoral process.. we noted that § 5 is "expansive within its sphere of operation" and "comprehends all changes to rules governing (*floor- crossing*)

voting." ...**We have consistently construed the Act to require preclearance of any change in procedures or practices that may bear on the "effectiveness" of a vote cast in "any primary, special** (*floor-crossing*)**, or general election."...** As an elementary fact about our Nation's political system, the significance of the nominating convention (*floor-crossing*) to the outcome in the general election was recognized as long ago ... "As a practical matter, the ultimate choice of the mass of voters is predetermined when the nominations (*floor-crossing*) [by the major political parties] have been made." ..

16. Costs of Appeal throughout

BY APPELLANT (PLAINTIFF) Ade Olumide, 121 Scottwood Groove, Dunrobin, Ontario, Canada, Tel +1 613 265 6360 Fax +1 613 832 2051 ade6035@gmail.com



**CLERK Please mail copies of the above Notice of Appeal to the following at the addresses indicated:**

APPELLEES (DEFENDANT); U.S. Attorney General, 950 Pennsylvania Avenue, NW Washington, DC 20530

U.S. Attorney General For The District Of Columbia, 501 Third Street, NW Washington, DC 20001 (hand delivery) OR 555 Fourth Street, NW Washington, DC 20530 (for mail delivery)

House Democratic Caucus c/o Chairman Hakeem Jeffries, Washington, DC Office 2433Rayburn House Office Building Washington, DC 20515 Phone:202-225-5936

House Republican Conference c/o Chair, LizCheney1420 Longworth HOB Washington, DC20515 Phone202-225-5107

Senate Democratic Caucus, c/o Chair Chuck Schumer,322 Hart Senate Office Building, Washington, D.C. 20510 Phone: (202) 224-6542 Fax: (202) 228-3027

Senate Republican Conference, c/o Chair, John Barrasso, Washington, DC Office:307 Dirksen Senate Office Building, Washington, DC 20510, Main: 202-224-6441 Fax: 202-224-1724 Toll free: 866-235- 9553

NOTICE TO PARTIES INDIRECTLY AFFECTED BY DECLARATORY RELIEF;

U.S. House Representative Justin Amash Washington Office106 Cannon HOB Washington, DC 20515Phone: (202) 225-3831Fax: (202) 225-5144

U.S. House Representative Jefferson Van Drew Washington, DCOffice331 Cannon HOB Washington, DC20515Phone: (202)225-6572