IN THE UNITED STATES COURT OF APPEALS
FOR THE WASHNGTON DC DISTRICT OF COLUMBIA CIRCUIT

Case No_____

Ade Olumide            Plaintiff- Appellant

Vs            Defendants-Appellees

U.S. Attorney General and
House Democratic Caucus and
House Republican Conference and
Senate Democratic Caucus and
Senate Republican Conference

## Petition Pursuant To Appellate Rule 35 -Appellant Request For 1st Instance En Banc Adjudication Of The Civil Rights Act "General Importance" Test For The Forma Pauperis Application And Notice Of Appeal Declarations- Page 3

Notice of Appeal from the judgment of Amy Berman Jackson United States District Judge entered on the 15th day of April 2020 at U.S. District Court District of Columbia (Washington, DC) Civil Docket For Case: 1:20−cv−00247−UNA-page 18

APPELLANT (PLAINTIFF) Ade Olumide, 121 Scottwood Groove, Dunrobin, Ontario, Canada, Tel +1 613 265 6360 Fax +1 613 832 2051 ade6035@gmail.com

APPELLEES (DEFENDANT); U.S. Attorney General, 950 Pennsylvania Avenue, NW Washington, DC 20530

U.S. Attorney General For The District Of Columbia, 501 Third Street, NW Washington, DC 20001 (hand delivery) OR 555 Fourth Street, NW Washington, DC 20530 (for mail delivery)

House Democratic Caucus c/o Chairman Hakeem Jeffries, Washington, DC Office 2433Rayburn House Office Building Washington, DC 20515 Phone:202-225-5936

House Republican Conference c/o Chair, LizCheney1420 Longworth HOB Washington, DC20515 Phone202-225-5107

Senate Democratic Caucus, c/o Chair Chuck Schumer,322 Hart Senate Office Building, Washington, D.C. 20510 Phone: (202) 224-6542 Fax: (202) 228-3027

Senate Republican Conference, c/o Chair, John Barrasso, Washington, DC Office:307 Dirksen Senate Office Building, Washington, DC 20510, Main: 202-224-6441 Fax: 202-224-1724 Toll free: 866-235- 9553

NOTICE TO PARTIES INDIRECTLY AFFECTED BY DECLARATORY RELIEF;

U.S. House Representative Justin Amash Washington Office106 Cannon HOB Washington, DC 20515Phone: (202) 225-3831Fax: (202) 225-5144

U.S. House Representative Jefferson Van Drew Washington, DCOffice331 Cannon HOB Washington, DC20515Phone: (202)225-6572

## List Of Authorities

Ableman v. Booth, 21 Howard 506 (1859)
Alaskan Independence Party v. Alaska, 545 F.3d 1173 (9th Cir. 2008) Court of Appeals .. Ninth Circuit...
Honig v. Doe, 484 U.S. 305, 317 (1988)
Lujan v. Defs. of Wildlife, 504 U.S. 555, 560 (1992),
Morse Et Al. V. Republican Party Of Virginia Et Al. Appeal Of US District Court,Western District Of Virginia No94-203
Smith v. Allwright, 321 U.S. 649 (1944)
Terry v. Adams, 345 U.S. 461 (1953)
United States v. Classic, 313 U.S. 299 (1941)
US Court Of Appeals Of DC No. 19-5331 Committee On The Judiciary V. Donald F. Mcgahn, II
Utah Republican Party v. Cox - Tenth Circuit Court of Appeals No. 16-4091 D.C. No. 2.16-CV-00038-DN
Warth v. Seldin, 422 U.S. 490, 499 (1975),
https://www.nytimes.com/2019/05/28/us/politics/justin-amash-trump.html
https://www.foxnews.com/politics/liberal-pac-demands-refund-jeff-van-drew-party- swap
https://www.inquirer.com/opinion/editorials/jeff-van-drew-new-jersey-switch-party- democrat-republican-impeachment-20191216.html
https://www.politico.com/news/2019/12/19/trump-meet-party-switching-van-drew-087976

## Laws Which Prove Article III Case

Act To Establish The Department of Justice 1870
Administrative Procedure Act 1946
Civil Rights Act 1964
Declaration of Independence July 4 1776
DOF 8-2.170 - Standards for Amicus Participation
DOJ Criminal Resource Manual 901-999.
False Claims Act (FCA), 31 U.S.C. §§ 3729 - 3733,
Federal Election Campaign Act 1971.
Freedom of Information Act
Help America Vote Act 2002
Judiciary Act 1789
National Voter Registration Act of 1993
Rules Of The House Democratic Caucus 115th Congress
Rules Of The House Republican Conference 115th Congress
Voting Rights Act 1965
Voting Rights Act 1965
5 U.S. Code § 702
28 U.S.C. § 1361
28 U.S. Code § 2201
28 U.S.C. § 2403
28 U.S. Code § 2201.
28 U.S. Code § 2202
28 U.S.C. § 1391(e)
28 U.S. Code § 1331
28 U.S. Code § 2201
US Constitution 9th Amendment,
US Constitution 14th Amendment s1, s2
US Constitution 17th Amendment
US Constitution Art 3
US Constitution Art 4, 4(4)
US Constitution 15th Amendment
USA Constitution Preamble
US Constitution Art 1 s2, s2(4) s3, s3(1), s3(2), s5(1), s5(2)
US Constitution 1st Amendment
Federalist No. 78

**En Banc Hearing Uniformity Of The Court's Decisions Grounds**

1.    **IS DOJ (AG & IG) "PREVENTIVE RELIEF" POSITIVE OBLIGATION CONDITIONAL ON INJURY?**; **NO**, a positive obligation is violable by DOJ (AG, IG) failure to act on a complaint, as opposed to a non positive obligation that is violable by an unlawful OLC floor crossing opinion. Preventive relief is not conditional injury, there is no uniform test for standing; "imminently threatened injury" is in conflict with "capable of repetition, yet evading review" because it is conditional on "imminent" **AND** "imminently threatened injury" is in conflict with "Congress .. statute .. expressly authorized.. lawsuit" / "rights in the form prescribed by law" because it is conditional on both "imminent" and "injury" **AND** "capable of repetition, yet evading review" is in conflict with "Congress passed a statute that expressly authorized the lawsuit" because it is conditional on an initial injury, **BUT** Article III "case" is not conditional on Article III controversy neither is 28 U.S.C. § 1361 "officer… duty owed to the plaintiff" **AND** Article III "controversy" / 28 U.S. Code § 2201 "controversy" / "unlawfully withheld .. arbitrary, capricious ..abuse of discretion" is not conditional on injury **AND** Civil Rights Act "preventive relief " "action" re "believe" is not conditional on injury or controversy.

2.    **CIVIL RIGHTS ACT "GENERAL IMPORTANCE" TEST**; needs a uniform answer to 3 questions;

I.    Apart from the 1st prong of an en banc test (uniformity), do all Civil Rights Act cases of "General Importance" satisfy the 2nd prong of an en banc "Exceptional Importance" test? **YES;** discrimination = general importance, representative democracy = general importance, 28 U.S.C. § 2403 "public interest" = Civil Rights Act "general importance", general importance[3] is = to "exceptional importance".

II.   In light of a mandatory legislated right to 1st instance 3 panel judge and a legislated mandatory right to Supreme Court appeal without leave, are all s5 Voting Rights Act preclearance cases questions of En banc "Exceptional Importance" and or Civil Rights Act cases of "General Importance"? **YES**

III.  In light of s603 removal of court jurisdiction to refuse a judicial review or s204 preventive relief action, are all Title II--Injunctive Relief Against Discrimination In .. Public .. Services .. Privileges Title VI—Non Discrimination In Federally Assisted Programs "cases" questions of En banc "Exceptional Importance" and

or Civil Rights Act cases of "General Importance"? **NO** except e.g. the integrity of election results at all 3

levels of governments making laws affecting over **300 million** Americans (includes judges) & aliens.

Civil Rights Act 1964...SEC. 204. (a) Whenever any person has engaged or there are **reasonable grounds to believe that any person is about to engage** in any act or practice prohibited by section 203**, a civil action for preventive relief,** .. application for ..other order, may be instituted by the **person aggrieved** ... SEC. 206. (a) Whenever .. group of persons is engaged in a pattern or **practice of resistance to the full enjoyment of ... rights** .. and that the pattern or practice .. is **intended to deny the full exercise of the rights** ......(b) .. Attorney General may .. request that a **court of three judges be convened to hear and determine the case**. .. SEC. 207. (a)... without regard to whether the **aggrieved party** shall have exhausted any administrative or other remedies that may be provided by law… SEC. 603. ..any **person aggrieved** ..may obtain judicial review of such action in accordance with section 10 of the Administrative Procedure Act, and **such action shall not be deemed committed to unreviewable agency discretion** within the meaning of that section."

Voting Rights Act 1965...SEC. 5. Whenever a .. political subdivision .. shall enact or seek to administer any voting .. practice, or procedure with respect to voting different from .. November 1, 1964, such .. subdivision may institute an action in the United States District Court for the District of Columbia for a declaratory judgment that such ... standard, practice, or procedure does not have the purpose and will not have the effect of denying or abridging the right to vote on account of race or color, .... Any action under this section **shall be heard and determined by a court of three judges** in accordance with the provisions of section 2284 of title 28 of the United States Code and **any appeal shall lie to the Supreme Court**."

3.      **TEST FOR ADMINISTRATIVE PROCEDURES ACT "AGGRIEVED"**; Federal Court did not did

not provide any evidence of a test for s10 Administrative Procedures Act 1) "suffering legal wrong" (injury)

standing, 2) "adversely affected" standing 3) "aggrieved". S207 Civil Rights Act "without regard to whether the

aggrieved .. exhausted.. administrative or other remedies", is  mandatory right to an action for preventive relief.

4.      Court's only other relevant standing authority is Warth v. Seldin, 422 U.S. 490, 499 (1975), but this case

created an "injury" test for "person aggrieved" that is contrary to Administrative Procedures Act test, therefore

it is not binding, if it were binding (it is not), it could only affect Civil Rights Act standing, it cannot affect

Administrative Procedures Act standing, if it did (it does not), then the appellant has suffered an injury by an

incorrect Civil Rights Act decision in Warth v. Seldin, which is standing to challenge Warth v. Seldin.

5.      S603 Civil Rights Act also means that the court lacks jurisdiction to interpret "aggrieved" in a manner

that is different from s10 Administrative Procedures Act and 5 U.S. Code § 702 "aggrieved";

Civil Rights Act "SEC. 603. ..any **person aggrieved** ..may obtain judicial review of such action in accordance with section 10 of the Administrative Procedure Act, and **such action shall not be deemed committed to unreviewable agency discretion** within the meaning of that section."

 Administrative Procedure Act 1946… SEC. 10.(a) ..Any person **suffering legal wrong** because of any agency

action, or **adversely affected** or **aggrieved** by such action within the meaning of any relevant statute, …

5 U.S. Code § 702 A person **suffering legal wrong** because of agency action, or **adversely affected** or **aggrieved** by agency action within the meaning of a relevant statute, is entitled ..

6.      The court hinged the question of Civil Rights Act and Administrative Procedures Act "aggrieved" standing on whether the appellant "suffered an injury", but the Administrative Procedures Act was written by Congress in 1946, this is before the 1964 Civil Rights Act, therefore when Congress chose "aggrieved", they knew the difference between 1) "suffering legal wrong" (injury) standing, 2) "adversely affected" standing 3) "aggrieved" standing, they chose to use aggrieved which is the broadest option.

7.      "Aggrieved" is not expressly defined within the Civil Rights Act 1964, there is no court test for "aggrieved" that is different from "injury" or "adversely affected", else the court would have sited it, until court develops 3 different definitions that can be applied without contravening the objects of the Civil Rights Act, these synonyms for "aggrieved" are binding on the court "disturbed, pained, peeved, saddened, unhappy". However, the burden of proof for preventive relief, is on the plaintiff, this is met by 48 prior floor crossings.

8.      **JUDICIAL ECONOMY**; In light of a "controversy" between US Court Of Appeals Of DC No. 19-5331 Committee On The Judiciary V. Donald F. Mcgahn, II, test for "standing" and appellant proposed test for standing, and **that case is under reserve by the court en banc, this case should be referred to the en banc court**, so that they can write the test for Civil Rights Act Admnistrative Procedures Act "aggrieved".

9.      **THIS DC NO. 19-5331 TEST FOR STANDING**; is unconstitutional AND in conflict with 2 exceptions in the same order AND in conflict with a 3rd exception by the US Supreme Court, because it finds that an Article III case must always be conditional on "suffered an injury" or "suffered 'an invasion of a legally protected interest". The appellant recommends replacing the words "(1) suffered an injury in fact" with "(1)suffered an injury in fact" OR "imminently threatened injury" OR  "controversy "capable of repetition, yet evading review" OR justiciable "case" that "Congress .. statute .. expressly authorized";

US Court Of Appeals Of DC No. 19-5331 Committee On The Judiciary V. Donald F. Mcgahn, II, "[T]he '**irreducible constitutional minimum'** of standing consists of three elements. The plaintiff must have (1) suffered an injury in fact, (2) that is fairly traceable to the challenged conduct of the defendant, and (3) that is likely to be redressed by a favorable judicial decision." .. The Supreme Court has "also stressed that the alleged injury must be legally and judicially cognizable," which "requires, among other things, that the plaintiff have

suffered 'an invasion of a legally protected interest which is . . . concrete and particularized,' and that the dispute is 'traditionally thought to be capable of resolution through the judicial process.'.. Although this familiar formulation is a prerequisite to federal jurisdiction **in all instances**, it is especially important here, where the dispute implicates the separation-of-powers considerations underpinning our standing doctrine."

10.    This test for standing is contrary to exception in the same order and this Supreme Court exception;

US Court Of Appeals Of DC No. 19-5331 Committee On The Judiciary V. Donald F. Mcgahn, II,, "Senate Select Committee is distinguishable. There, Congress passed a **statute that expressly authorized the lawsuit**. .. If Congress passed such a statute here, the analysis might be different"

US Court Of Appeals Of DC No. 19-5331 Committee On The Judiciary V. Donald F. Mcgahn, II, "[T]he traditional role of Anglo-American courts . . . is to redress or prevent actual or **imminently threatened injury** to persons caused by private or official violation of law.".

Honig v. Doe, 484 U.S. 305, 317 (1988) ".. unwillingness to decide moot cases may be connected to the case or controversy requirement of Art. III, it is an attenuated connection that may be overridden where there are strong reasons to override it. The "**capable of repetition, yet evading review**" exception is an example."

11.    Article III means "case" is any justiciable disagreement re "Constitution, the Laws of the United States, and Treaties" WHILE a controversy is any justiciable disagreement which does not involve a "Constitution, the Laws of the United States, and Treaties", therefore, court lacks jurisdiction to rule that "case" must always contingent on an injury (suffered a legal wrong), therefore this text is unconstitutional narrow;

US Court Of Appeals Of DC No. 19-5331 Committee On The Judiciary V. Donald F. Mcgahn, II,, "Congress may sometimes "elevate to the status of legally cognizable **injuries concrete**, de facto injuries that were previously inadequate in law"

12.    As a result of the precise wording of 28 U.S. Code § 2201, a court lacks jurisdiction to deem that all controversies are always contingent on an injury. "declare the rights .. whether or not further relief ..could be sought" is of such wide import that it would be irrational to conclude that it is conditional on an injury;

28 U.S. Code § 2201.Creation of remedy (a)In a case of actual controversy within its jurisdiction .. upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such.

13.    Article III expressly used the words "arising under this Constitution, the Laws of the United States, and Treaties" to define a "case", therefore, although Article III did not expressly, explain the difference between a "case" or a "controversy", it did however create a distinction that a court lacks jurisdiction to override.

14.    For example, Civil Rights Act "preventive relief" AND s603 Civil Rights Act 'such action shall not be deemed committed to unreviewable agency discretion within the meaning of that section" is a positive obligation to act on complaint, whether or not there is a controversy, court lacks jurisdiction to refuse this case.

15.    Controversy is not defined within the constitution, therefore the following dictionary synonyms apply to the controversy of whether DOJ (AG or IG) has a preventive relief positive obligation to issue a floor crossing legal opinion; "argument, bickering, difference, fuss, quarrel, squabble, strife, wrangle, altercation, beef, brush, contention, disputation, embroilment, flak, hurrah, miff, polemic, row, rumpus, scrap, tiff, dissention, falling-out". These are not conditional on an Act To Establish The Department of Justice 1870 SEC. 4 "questions of law submitted to the Attorney-General for his opinion.. involving a construction of the Constitution" injury.

16.    **CIVIL RIGHTS ACT "AGGRIEVED" STANDING TEST**; Court lack jurisdiction to violate the rule of law against arbitrary statutory interpretation by changing the meaning of aggrieved so as to contravene the anti discrimination objects of the Civil Rights Act OR jurisdiction to override the Civil Rights Act express import of s10 Administrative Procedures Act "aggrieved" expressly not conditional on injury or affected party.

17.    In light of Ableman v. Booth, 21 Howard 506 (1859). "**No judicial process,** whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and **an attempt to enforce it beyond these boundaries is nothing less than lawless violence**." AND Olumide v U.S. Attorney General et al "a basic principle of our constitutional scheme that one branch of the Government may not intrude upon the central prerogatives of another", if Civil Rights Act "aggrieved" is unconstitutionally broad because it allegedly violates the constitutional separation of powers, court can remedy that by read in or read down, but it cannot violate existing legislation.

   I.    For example a party caucus rule that violates the s5 Voting Rights Act pre clearance law is an Article III "case"  and imminently threatened injury, whether or not there is an injury.

   II.    Another example is, Civil Rights Act "preventive relief" meets the US Supreme Court test for controversy "capable of repetition yet evading review" and this court's "imminently threatened injury" and this court's test for "statute that expressly authorized the lawsuit".

III.    A 3rd example is the "case" of DOJ (AG & IG) Civil Rights Act positive obligation to  respond to

appellant pleas for preventive relief to avoid court by issuing a floor crossing legal opinion, which is not

conditional on an injury (although DOJ is now vicariously liable for 5 unlawful injuries by the court).

### En Banc Hearing Exceptional Importance Grounds

18.    **INTEGRITY OF ELECTION RESULTS**; in ALL (over 300 million * 3 each election cycle)

Congressional or state or municipal elections with political parties on the ballot, is of "Exceptional Importance".

19.    **DECLARATIONS 9, 10, 14**; have been selected from the Notice of Appeal, so as to establish a prima

farcie case of exceptional importance which affects all 3 levels of government;

**Declaration 9** that; there is public record evidence to support a judicial notice of fact that since the inception of congress, there have been 24 party caucus floor crossings in the House and 24 party caucus floor crossings in the Senate AND that a floor crossing by a Democrat has an effect on the voting rights of non whites that is different from its effect of the voting rights of whites AND a floor crossing by a Republican has an effect on the voting rights of white males that is different from its effect of the voting rights of non-whites, therefore a floor crossing is a violation of; Civil Rights Act "attempt to withhold or deny, or deprive" in 203, "reasonable grounds to believe that any person **is** about to engage" in 204, "civil action for preventive relief" in 204, "pattern or practice of resistance to the full enjoyment of ... rights" in 206, applies to any House or Senate or state legislature or local party caucus rules that authorize floor crossing or expulsion of an elected member from an elected party caucus;

**Declaration 10** that; Voting Rights Act "Vote ...all action" in s13(c)(1) includes floor crossing; "SEC. 13. (c)(1) .. "vote" or "voting" shall include all action necessary to make a vote effective in any primary, special, or general election, including, but not limited to, ...", therefore floor crossing is a violation of the **integrity of the election ballot count**. Victims include; a) party primary voters' elected party representation rights, b) general election voters' US Constitution Art 1 s2 s3, 9th Amendment, 14th Amendment s1, elected party representation rights in any Voting Rights Act "Federal, State, or local election", c) states' US Constitution Art 1 s3(1), 14th Amendment s2, 17th Amendment House and Senate party representation rights, d) any individual or organization who donated to the candidate's party primary or election or re-election campaign, e) any governments or parties that contribute to the cost of the party primary, f) any governments that contribute to the cost of writ of election ballots with candidate name and party, g) federal government that provides a candidate writ of summons to serve in House or Senate party caucus to which the member was elected, h) federal government that pays the salary, benefits and expenses of the candidate that won the election to serve in House or Senate party caucus, i) similar above-mentioned parties affected floor-crossing in a US Constitution Art 4 s4 state legislature or any local councils that permits political parties

**Declaration 14** that; Political party caucus rules lack jurisdiction to violate; a) USA Constitution "We the People .. form a more perfect Union.. insure domestic Tranquility.. promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity..". b) US Constitution Art 4, s4 "The United States shall guarantee to every State.. a Republican Form of Government". c) Declaration of Independence July 4 1776 "We hold these truths to be self-evident, that all .. are endowed by their Creator with certain unalienable rights.. to secure these rights, governments.. **deriving their just powers from the consent of the governed**. d) National Voter Registration Act of 1993 "(a)(1) the right of citizens of the United States to vote is a

fundamental right; (2) it is the duty of the Federal, State, and local governments to promote the exercise of that right;.. (b)(3) to protect the **integrity of the electoral process**;". e) objects of Help America Vote Act 2002 ".. program to provide funds to States ... establish the Election Assistance Commission to assist in .. Federal elections .. administration of certain Federal election laws and programs.... other purposes.. **Help America Vote Foundation**...Voting assistance programs...". f) objects of Civil Rights Act 1964 "..To enforce the constitutional right to vote". g) objects of Voting Rights Act 1965 "ACT To enforce the fifteenth amendment to the Constitution of the United States, and for other purposes". h) objects of Federal Election Campaign Act.. 1971.

## GROUNDS OF APPEAL

20.    **ERROR 1- Unnecessary Financial Disclosure / Lack Of Court Jurisdiction To Remove A Mandatory Right To A Non Discriminatory Civil Rights Act "General Importance .. Without Fees" Test**

re ".. file an amended IFP application, because the initial application was insufficient..";

a) This incorrect statement exacerbates an injury which cannot be undone, had the court adjudicated the Civil Rights Act general importance application, no one would know that the appellant is impecunious.

b) This statement plays up the stereotype that blacks are less intelligent than whites by concealing first application was "sufficient" but for systemic discriminatory reasons, the court did not want to apply the test for granting a mandatory right to make "**general importance**" Civil Rights Act forma pauperis application. Less access to justice and lower credibility are black slave trade pre-existing disadvantages, federal court should not commit a differential treatment that creates an appearance of discrimination.

c) Since Federal Court did not adjudicate the complaint, court should not have requested financial information that can be used by used by racists or people with reverse discrimination concerns, to defame the appellant.

d) As shown by this excerpt from the allegedly "insufficient" application, no court has jurisdiction to remove a mandatory right to a non discriminatory application of Civil Rights Act "general importance" test;

21.    "I am respectfully asking the court to exercise public discretion to grant this request to proceed without prepayment of fees .. pursuant to; Civil Rights Act 1964 SEC. 204. (a) .. court may, in its discretion, .. if .. case is of **general public importance**. Upon application by the complainant … court .. may authorize the commencement of the civil action **without the payment of fees**, costs, or security.

22.    **ERROR 2- Lack Of Court Jurisdiction To Remove A Mandatory Right To A Non Discriminatory Application Of The Civil Rights Act "General Importance … Court Appoint Attorney" Test** re "…

plaintiff, proceeding pro se, .. court issued an order directing plaintiff to, .. file an amended .. application, because the initial application was insufficient"

a) This statement is a misleading statement because as shown by enclosed excerpt from the Action, it conceals the request for a court appointed attorney. No court has jurisdiction to remove a mandatory right to non-discriminatory application of the test for Civil Rights Act general importance test;

23.    "I am respectfully asking the court to exercise public discretion to grant this request to proceed with…appointment of attorney .. pursuant to; Civil Rights Act 1964 SEC. 204. (a).. court may, in its discretion.. if ..of **general public importance**. Upon application .. **court may appoint an attorney**… DOF 8-2.170 - Standards for Amicus Participation.. a) which challenge the constitutionality of a federal civil rights statute (cf. 28 U.S.C. § 2403(a)); b) which involve the interpretation of a civil rights statute, .. or regulation that the ..that the Department of Justice (or another federal agency) is empowered to enforce; c) which raise issues whose resolution will likely affect the scope of the Civil Rights Division's enforcement jurisdiction (e.g.. Fourteenth Amendment); d) which raise constitutional challenges of public importance under the First or Fourteenth Amendment of the United States Constitution; f) which raise issues that could significantly affect private enforcement of the statutes the Civil Rights Division enforces; g) ...in which a special federal interest is clear ..

24.    **ERROR 3- Court Lacks Jurisdiction To; Change Civil Rights Act Future Controversy "Preventive Relief" To Controversy Must Be 'Ongoing" / Violate Supreme Court Honig V. Doe "Capable Of Repetition, Yet Evading Review" Exception (Court's Mootness Authority, But Court Did Not Mention Exception) / Violate Committee On Judiciary V Donald Mcgahn "Imminently Threatened Injury.. Kind Of Controversy .. Courts Traditionally Resolve" / Import Future Floor Crossing Vicarious Liability On Court Endorsing DOJ (AG & IG) Violating "Preventive Relief" Positive Obligation To Issue A Floor Crossing Legal Opinion / Make A No "Ongoing Controversy" Finding Of Fact That Is Contrary To Ongoing Floor Crossings, Caucus Rules That Violate Constitution, Voting Rights Act, Civil Rights Act And DOJ Future Floor Crossing Positive Obligation** re "may only adjudicate .. ongoing controversies,"

a) In the order the court mentioned the black part of this allegation, and did not object that a democratic floor crossing has a disproportionate effect on non whites that this different from white, on the balance of probabilities, the fact that the court did not object to this judicial notice of fact, is evidence of an Article III Civil Rights Act "preventive relief" "case", therefore per excerpts from action, refusing declarations sought would import vicarious liability for all future floor crossings on the court.

b) 28 U.S. Code § 2201.§ 2202 is a right to obtain the declarations sought whether or not, the congressmen are parties to the proceeding. The decision not to name the congressmen as parties was a deliberate, why should they not incur legal costs because DOJ (AG & IG) is refusing a positive obligation to issue a legal

opinion. Their participation is not required because appellant seeks a judicial notice of fact commonly

known to the community, that there has been 48 floor crossings in the House and Senate.

c) The congressmen do not own Caucus Rules 1 violation of s5 Voting Rights Act. They are however listed as

affected parties who may seek intervener status if they so desire. These are honorable men, if DOJ or this

court issues a legal opinion on the constitutionality of 48 floor crossings, they will comply.

d) The court's statement which implies there are no ongoing controversies, is contrary to the following public

record excerpts from the Action, which show that this is just the tip of the iceberg of ongoing controversy

from persons who either suffered an "injury" or "affected" or simply "aggrieved",

e) The following excerpts from the action shows the court lacks jurisdiction to make a no ongoing or future

controversy finding of fact that is contrary to the public record **AND** contrary to DOJ Attorney General or

DOJ Inspector General refusal of positive obligation to issue complaint decision **AND** contrary to House

and Senate Democratic and Republican Caucus Rule 1 violation of the Constitution and Laws of the U.S.;

25.     ".. 17. There is public record evidence to support a judicial notice of fact that there have been 24 floor
crossing in the House and 24 floor crossings, in the Senate. ….
https://www.nytimes.com/2019/05/28/us/politics/justin-amash-trump.html ...  "How can you become a
Democrat when we voted you in as a Republican?" asked Ms. Luke, ... the billionaire DeVos family, whose
money has helped bankroll the Republican Party here for decades, said…
https://www.foxnews.com/politics/liberal-pac-demands-refund-jeff-van-drew-party- swap ...A liberal
PAC is demanding .. refund a donation it made to him when he was a part of the Democratic caucus
now that he has officially switched political parties. ..
https://www.inquirer.com/opinion/editorials/jeff-van-drew-new-jersey-switch-party- democrat-
republican-impeachment-20191216.html … he shouldn't have the right to do is single-handedly reverse
the results of an election. ... He owes them an apology … to those who donated to his 2018 campaign …
he owes them their money back. ..
https://www.politico.com/news/2019/12/19/trump-meet-party-switching-van-drew-087976 .. House Majority
PAC, a super PAC dedicated to electing Democrats, issued a terse request for the newly minted Republican to
return the organization's $2,500 donation…

26.     **ERROR 4- Concealment Of Advocacy Against White Systemic Discrimination Could Expose**

**Appellant To Hate Crimes** re "alleges that the ability for a congressperson to switch from the Democratic

Party to the Republican Party constitutes systematic discrimination against black men".

a) Conceals the fact that per action excerpts, appellant also seeks to end white systemic discrimination, this

concealment could expose appellant to hatred from whites who believe think that, by only caring about

discrimination against blacks but not caring about discrimination against whites, appellant is racist.

27.    ".. 17. .. A floor crossing by a Democrat has an effect on the votes of non whites that is different from its effect of the vote of whites AND a floor crossing by a Republican has an effect on the votes of white males that is different from its effect of the vote of non-whites, therefore a floor crossing is a violation of..28. As a black person, I am aggrieved at .. AND ongoing violation of the effectiveness of vote of .. white males who often vote Republican ..30. Whether the violation of civil rights of .. white males who often vote Republican is intentional or unintentional (systemic discrimination), I am aggrieved .. White is a color, neither the US Constitution or the Civil Rights Act or the Voting Rights Act defines color as not applicable to white males."

28.    **ERROR 5- Court Lacks Jurisdiction To Violate; Rule Of Law Against Arbitrary Statutory Interpretation (AKA Abuse Of Rights) To Change Civil Rights Act Administrative Procedures Act Meaning Of "Aggrieved" / Violate Nemo Judex In Parte Sua Principle Of Natural Justice (SEC. 8. "justice without respect to persons.. equal right to the poor .. faithfully.. impartially .. perform .. duties .. agreeably to ..constitution .. laws" Judiciary Act 1789] By Confirming Federalist No. 78 "oppression may now and then proceed from the courts" By Exacerbating Black Slave Trade Pre-Existing Disadvantages That Include Less Access To Justice, Lower Credibility, Less Financial Resources) By Giving Defendants Legal Advice By Filing Their Statement Of Defence Without Serving Defendants, Contrary  To Constitutional Representative Democracy Voting Rights Act Objects Of Civil Rights Act** re

"plaintiff must establish at a minimum (1) that he has "suffered an injury … plaintiff has failed to establish standing … lack of standing is further compounded by .. he resides in Canada yet takes issue with the United States .. political process";

a)  The courts first authority for standing was Lujan v. Defs. of Wildlife, 504 U.S. 555, 560 (1992), but this

    Endangered Species Act of 1973 case did not address Civil Rights Act "aggrieved", it is therefore not

    relevant. Action presented only two grounds for standing; Civil Rights Act and Administrative Procedures

    Act, at a minimum a court in the District of Columbia that where Congress is located and practices law on a

    daily basis, should be able to present a case that defeats both standing grounds that appellant relied upon.

b)  This "injured" conflicting statement from the authority provided by the federal court means that the court is

    yet to define the meaning of Civil Rights Act 1964 Administrative Procedures Act 1946 "aggrieved" which

    is different from "aggrieved" in Civil Rights Act 1968 case below sited by Federal Court;

    Warth v. Seldin, 422 U.S. 490, 499 (1975), "In light of the clear congressional purpose in enacting the 1968

    Act, and the **broad definition** of "**person aggrieved**" in § 810(a), 42 U.S.C. § 3610(a), we held that

petitioners, as "person[s] who claim[ed] to have been **injured** by a discriminatory housing practice," had standing to litigate violations of the Act."

c)  Civil Rights Act "aggrieved" is not expressly conditional on being a resident of the USA, this does not open the litigation flood gates because without a Civil Rights Act violation or imminently threatened violation, there is no justiciable cause of action. There are 48 floor crossings since the inception of congress, without this fact, it might be impossible to meet the "aggrieved" burden for "believe .. preventive relief". DOJ inaction meets the test for "likely to expose to", "increase risk of", "incite" floor crossing,

d)  A court lacks jurisdiction to violate the rule of law against arbitrary statutory interpretation (AKA doctrine of abuse of rights) by changing the meaning of Civil Rights Act "aggrieved" so as to contravene the Constitutional Representative Democracy Voting Rights Act objects of the Civil Rights Act .

e)  Court indirectly accuses appellant of lying that he is aggrieved, he may have black lower credibility, but he is not a liar. In Canada, CNN news is just as popular as the CBC news, he is an international representative democracy human rights activist, which makes him more aggrieved that since the most influential country in the world is endorsing floor crossing, western democracies will follow. There is an anti floor crossing petition in the UK with over 17,000 signatories, about 5% of signatories include residents from countries like the USA and Australia, floor crossing will eventually be officially illegal in all 27 EU countries.

f)  Neither the appellant nor his black family living in the US wrote Civil Rights Act "aggrieved" or Article III adjudication of case or controversy between US and "foreign States, Citizens or Subjects". Just as white Greta Thunberg has an inalienable right to be aggrieved, black Ade Olumide has an inalienable right to be aggrieved **AND** a right to equal benefit of Honig v. Doe, 484 U.S. 305, 317 (1988) "capable of repetition, yet evading review" **AND** US Court Of Appeals Of DC No. 19-5331 Committee On The Judiciary V. Donald F. Mcgahn, "statute that expressly authorized the lawsuit" exception **AND** Civil Rights Act Administrative Procedures Act "aggrieved" **AND** 28 U.S. Code § 2201.§ 2202.

g)  Congress could have restricted Civil Rights Act standing, they chose Civil Rights Act standing as broad as possible so, even an unaffected white person can fight to prevent the violation of the Civil Rights of blacks.

h) Per excerpts from action, AG & IG positive obligation to respond to complaint by issuing a floor crossing legal opinion is a controversy, they are contributory negligence liable for 5 injuries suffered in court.

i) **Four times**, court misrepresented the appellant in a manner that reinforces negative stereotypes about blacks; 1) poor financial management 2) racist and insensitive to discrimination against whites 3) not as intelligent as whites 4) inciting hate crimes against appellant by alleging he seeks to jail an innocent white man for systemic discrimination against blacks. With respect, black lives (reputations) matter, these permanent online lifetime / after death injuries are standing for declarations that caused these injuries.

j) **A 5th injury** is the irreparable prejudice from court giving defendants legal advice by filing their statement of defence without serving the defendants, who may have proposed an alternative floor crossing declaration that all parties can consent to. In theory, one unlawful injury could be an error, but **5 unlawful injuries** from a highly competent court exceeds the test for a reasonable apprehension of bias, therefore 28 U.S. Code § 2201 is a right to seek the declarations in the Notice of Appeal.

k) Although the appellant did not in the action site the False Claims Act as grounds for standing, the following text in the False Claims Act are grounds to find that Civil Rights Act "aggrieved .. preventive relief" includes a matter that upon a court declaration on the legality of floor crossing could engage the False Claims Act in the unlikely event of **future** non compliance; "False Claims Act 3730. (b)(1) A person may bring a civil action for a violation of section 3729 for the person and for the United States Government"

29.    "**Standing Of Complainant To Bring This Action 17…**Civil Rights Act 1964...SEC. 204. (a) .. **a civil action for preventive relief,** .. application for ..other order, may be instituted by the **person aggrieved** ...

**Jurisdiction Of The Court** To Grant Declarations Sought Administrative Procedure Act 1946…SEC.10.. (b) .. **actions for declaratory judgments** .... (e) ... court shall decide all relevant questions of law, **interpret constitutional and statutory provisions**, ..It shall (A) compel agency action **unlawfully withheld ..** (B)(1) **arbitrary**, capricious, an abuse of discretion, .. **not in accordance with law**; (2) **contrary to constitutional right**, power, privilege, or immunity; (3).. short of statutory right; (4) without observance of procedure required by law; (5) unsupported by substantial evidence ..or (6) .. **trial de novo by the reviewing court**

25. Anecdotal evidence is that if they applied their own test, they would have responded to my compliant with an urgency that reflects the ongoing civil rights violations in the and the deleterious effect a delayed legal opinion has on the upcoming primaries and elections; a) 8-2.170 - Standards for Amicus Participation .. by the Civil Rights Division ..:c) .. constitutionality of a federal civil rights statute (cf. 28 U.S.C. § 2403(a)); d) .. interpretation of a civil rights statute, .. that .. Department of Justice .. is empowered to enforce; e) .. issues whose resolution will likely affect the scope of the Civil Rights Division's enforcement jurisdiction (e.g., ..

Fourteenth Amendment); f) .. constitutional challenges of public importance under the First or Fourteenth Amendment .. g) .. issues that could significantly affect private enforcement of the statutes the Civil Rights Division enforces;.. h) .. special federal interest is clear and is not likely to be well-served by private litigants. k) the importance of the issue ..l) the probability that the Civil Rights Division will be able to contribute substantially to the resolution of the case (e.g., competence of private counsel, state of the record, timeliness);

26. I did not contact the House or Senate Republican or Democratic Caucus or the House Member for New Jersey's 2nd congressional district AND Michigan's 3rd congressional district because they lack jurisdiction to grant these 3 Act To Establish The DOJ services which DOJ is **arbitrarily, discriminatorily, unreasonably** withholding or delaying; a) Public Notice legal opinion or regulation that interprets US Constitution Art 1 s5(1)(2), Art 1 s2(4), Art 1 s3(2) limit of power to expel from an elected party caucus / voters' Art 1 s2 s3, 9th Amendment, 14th Amendment s1, Voting Rights Act "Federal, State, or local" elected party representation rights / states' US Constitution Art 1 s3(1), 14th Amendment s2, 17th Amendment House and Senate party representation rights, on a floor crossing **issue of public importance that has legal consequences for the public**, federal, state, local government and the US Treasury b). Commencement of a court action to obtain declarations that will guarantee US Constitution Art 4 ".. shall guarantee to every State.. a Republican Form of Government" c) Upon notice of legal opinion or regulation and in the unlikely event that anyone fails to comply with the DOJ floor crossing interim legal opinion or regulation or final court declaration, enforcement of the US Constitution, Voting Rights Act, Civil Rights Act and DOJ Criminal Resource Manual 901-999.

…28. As a black person, I am aggrieved at DOJ, despite January 8, 10, 16, 2020 emails to the Voting Rights Act section and January 15 letter request to DOJ Inspector General re acknowledgement of receipt of complaint and publishing of a legal opinion or regulation that floor crossing is prohibited by the US Constitution OR DOJ action to obtain a court declaration that floor crossing is prohibited by the US Constitution AND ongoing violation of the effectiveness of vote of non-whites who often vote Democrat in New Jersey's 2nd congressional district and white males who often vote Republican in Michigan's 3rd congressional district AND upcoming 2020 primaries and elections in these districts, DOJ has not granted my requests or provide reasons why floor crossing does not violate the US Constitution, Voting Rights Act and Civil Rights Act. 29. .. I am aggrieved at DOJ party to caucus continuation of existing and future violations of the US Constitution and the Voting Rights Act. .. 30. Whether the violation of civil rights of non-whites who often vote Democrat and white males who often vote Republican is intentional or unintentional (systemic discrimination), I am aggrieved by DOJ unreasonable delay in confirming receipt of the complaint. .. 31..I am also aggrieved that despite the threat of private litigation, DOJ has missed the 2 weeks deadline that I gave them to respond to my complaint.

….

**The Rules Of The House Republican Conference 115th Congress Contents** ....**Rule 1 Conference Membership** .. (b) Expulsion.—A 2⁄3 vote of the entire membership shall be necessary to **expel a Member** ..

**Rules Of The Democratic Caucus 115th Congress ..July 18, 2017** ... **Rule 1. Caucus Membership** … 1. Except that when a Member resigns from the Democratic Party or acts affirmatively to change political parties, the **Member shall automatically cease to be a Member of the Caucus**. …a) .. (i) Changing party registration in his or her home state, .. 3. The Caucus **may expel any Member by a two-thirds vote**. …

30.     **ERROR 6- Misrepresentation Of Defendants, Relief Sought And Jurisdiction Statement In A**

**Manner That Exacerbates Stereotype That Blacks Are Not The Sharpest Knives In The Drawer, Plaintiff**

**Never Asked Court To Order Congress To Pass Legislation / Court Lacks Jurisdiction To Violate**

**Committee On Judiciary V Donald Mcgahn "Kind Of Controversy.. Courts Traditionally Resolve"** re

" court cannot order Congress to take the requested action. The Constitution provides that [a]ll legislative Powers herein granted shall be vested in a Congress …'[e]ven when a branch does not arrogate power to itself . . . the separation-of-powers doctrine requires that a branch not impair another in the performance of its constitutional duties …this court cannot order Congress to enjoin or modify "floor-crossing… Court can neither order the Attorney General nor the Department of Justice to take action against Congress. Plaintiff fails to provide any authority to support the contention that the Department of Justice, an Executive Branch agency, has any authority to redefine Congressional policy … case will be dismissed for lack of subject matter jurisdiction"

a) This statement, is a misrepresentation of the defendant, relief sought, jurisdictional statement in the Action. Declarations were sought against "U.S. Attorney General, House Democratic Caucus, House Republican Conference, Senate Democratic Caucus, Senate Republican Conference" none of these are "Congress"

b) Venue is proper under 28 U.S.C. § 1391(e) because the AG is sued in his non delegable official capacity and, for purposes of that capacity, the AG resides in this District.

c) One of the declarations sought was; "Declaration 13 that; … a House or Senate party caucus is not a House or Senate Committee that is governed by the rules of the House or Senate..".

d) The list of standing or select or other Committees of the House and Senate are public information, the court provides no evidence of a vote by the House or Senate to create political party House or Senate caucuses

e) This allegation makes it looks like appellant asked the courts to order DOJ to order congress to pass legislation, which incites the stereotype that blacks are less intelligent than whites, because there is no western democracy where an individual (even a president) can order "Congress" to pass legislation.

f) The court couches the matter as a separation of powers issues, this is incorrect because a House or senate party caucus is not a house of senate party committee, and even if it were (it is not), this test in engaged;

US Court Of Appeals DC Circuit Decided February 28, 2020 No. 19-5331 Committee On The Judiciary V. Donald F. Mcgahn, II " Article III compels us to ask instead: Have we resolved this type of case or controversy before? ..**kind of controversy" ..that "courts traditionally resolve**."

g) Per excerpts from action before District Court, the answer is clearly yes. Declaration 15 clearly showed exactly how the court's language in the following political party practice leading to an election result cases are interchangeable with any political party practice that changes an election result;

Utah Republican Party v. Cox - Tenth Circuit Court of Appeals No. 16-4091 D.C. No. 2.16-CV-00038-DN / United States v. Classic, 313 U.S. 299 (1941) /Terry v. Adams, 345 U.S. 461 (1953) / Smith v. Allwright, 321 U.S. 649 (1944) / Alaskan Independence Party v. Alaska, 545 F.3d 1173 (9th Cir. 2008) Court of

Appeals .. Ninth Circuit... / Morse Et Al. V. Republican Party Of Virginia Et Al. Appeal From The United States District Court For The Western District Of Virginia No. 94-203

h)  These excerpts from the action clearly shows court jurisdiction to issue the declarations sought;

**Jurisdiction Of The Court To Grant Declarations Sought** 19. Voting Rights Act 1965;. ...SEC.5. such ..subdivision may institute an **action in the United States District Court for the District of Columbia for a declaratory judgment** ... 20. 28 U.S. Code § 1331. The **district courts** shall have original jurisdiction of all civil actions arising under the Constitution, laws.. of the United States. 21. Civil Rights Act 1964.... SEC. 207. (a) the **district courts** of the United States shall have jurisdiction ...

31.    **ERROR 7- Misrepresentation Of Relief Sought In A Manner That Could Incite Hate Crimes**

**Against An Appellant Who Never Asked The Court To Order DOJ To Criminally Prosecute A White**

**Congressman For Systemic Discrimination Against Blacks By Crossing The Floor** re

"the decision of whether or not to prosecute, and for what offense, rests with the prosecution … a private citizen lacks a judicially cognizable interest in the prosecution or non prosecution ... judiciary "will not lie to control .. Attorney General's discretion to decide whether or when to institute criminal prosecution… Plaintiff also cannot compel a criminal investigation .. by filing litigation. .. The Executive Branch has absolute discretion to decide whether to conduct an investigation or prosecute a case. .. "

a)  This is an incorrect inflammatory red herring that is likely to incite hate crimes on appellant. Floor crossing

has existed as long as Congress as existed, therefore there is no mens rae to commit a crime. The implied

allegation is that appellant asked DOJ to prosecute a white congressman for systemic discrimination against

blacks. In light of these excerpts from action, this allegation is false. It will make appellant a magnet for

hate crimes in a charged political climate where a minority of whites think most blacks are racist.

32.    ... 34.. The implication of a successful application for .. court declarations includes; a) Former Democrat Van Drew would trigger a re-election by resigning the seat or return to the House Democratic caucus b) Former Republican Justin Amash would trigger a re-election by resigning the seat or return to the House Democratic caucus c) House Democratic or Republican Caucus Rule 1 that authorizes expulsion from party caucus to which a member was elected, or floor crossing and the House Democratic caucus letter sent expelling Democrat Van Drew pursuant to Rule 1, would be unenforceable and void abinitio d) Senate Democratic or Republican Caucus Rule that authorizes expulsion from party caucus to which a member was elected, or floor crossing, would be unenforceable and void abinitio e)There will be no future floor crossing in any level of elected government (federal, states, local).

## CERTIFICATE OF COMPLIANCE

1. This petition complies with Federal Rule of Appellate Procedure 35(b)(2)(B) because it contains 15 pages. APPELLANT (PLAINTIFF) Ade Olumide, 121 Scottwood Groove, Dunrobin, Ontario, Canada, Tel +1 613 265 6360 Fax +1 613 832 2051 ade6035@gmail.com, May 11, 2020



IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Case Number_____

Ade Olumide            Plaintiff- Appellant


Vs                 Defendants-Appellees

U.S. Attorney General and

House Democratic Caucus and

House Republican Conference and

Senate Democratic Caucus and

Senate Republican Conference

### NOTICE OF APPEAL

Notice is hereby given this 11th day of May 2020 , that Ade Olumide the Plaintiff – Appellant hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment by Amy Berman Jackson United States District Judge entered on the 15th day of April 2020 at U.S. District Court District of Columbia Circuit (Washington, DC) Civil Docket For Case #: 1:20−cv−00247−UNA, in favor of Defendants U.S. Attorney General, House Democratic Caucus, House Republican Conference, Senate Democratic Caucus, Senate Republican Conference, against said Plaintiff- Appellant Ade Olumide who now seeks the following declaratory relief before this court;

### IMPLICATIONS OF PARTY NAME ON BALLOT ELECTION RESULT

1. **Declaration 1** that; the US Constitution uses the word "ballot" to describe "election" processes, therefore it is beyond the jurisdiction of the House or Senate Democratic or Republican Caucuses or DOJ or court to change the Voting Rights Act meaning of "Federal, State, or local election .. counting of the ballots" to exclude floor crossing between political parties that are named on the "ballot". A political party cannot be named on a ballot except through the state's legislative or electoral commission process to determine which political party can field a candidate on a ballot, based on the political party's compliance to legislation or regulations regarding nomination or election donations and other criteria.

## HOUSE AND SENATE DEMOCRATIC AND REPUBLICAN PARTY CAUCUS RULE 1 ARE UNCONSTITUTIONALLY VOID

2. **Declaration 2** that; House Democratic Caucus Rule 1 letter expelling the member for New Jersey from caucus, is void because it does not have an s5 Voting Rights Act preclearance and because the US Constitution Art 1 s5(1)(2) power of the House or Senate to set rules for expulsion, cannot be delegated to political party caucuses. If it did (it does not), that power is not unlimited, it cannot be used in an arbitrary (contrary to we the people representation objects of the House and Senate) manner. US Constitution Art 1 s5(2) two-thirds expulsion by the House or Senate confirms that this power cannot be delegated to a party caucus or even a House or Senate Committee. Therefore, House Republican Conference Rule 1b is void; "A 2⁄3 vote of the entire membership shall be necessary to expel a Member of the Conference" AND House Democratic Caucus Rule 1 is void; "Except that when a Member resigns from the Democratic Party or acts affirmatively to change political parties, the Member shall automatically cease to be a Member of the Caucus."

## HOUSE AND SENATE DEMOCRATIC AND REPUBLICAN PARTY CAUCUS LACK JURISDICTION TO CHANGE AN ELECTION RESULT

3. **Declaration 3** that; a floor crossing is anti democratic, because, it is tantamount to new election where the member and the caucus get to vote to change an election result by defrauding voters' right to object to a change in the election results. US Constitution Art 1 s3(2) "Congress .. Rules and Regulations respecting ... Property (valuable service) belonging to the United States;.. nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State" means, it is beyond the jurisdiction of the House or Senate Democratic or Republican Caucus to create any rules that authorize floor crossing or expulsion.

## VOTING RIGHTS ACT EFFECTIVENESS OF VOTE FOR PRIMARY & ELECTION VOTERS, STATES

4. **Declaration 4** that; except by US Constitution Art 1 s5(2) expulsion vote by 2/3 of the House or Senate or US Constitution Art 1 s2(4) vacancy, that triggers a US Constitution Art 1 s2(4) Writs of Election by the Executive, expulsion by the elected member or the House or the Senate Democratic or Republican

Party caucus, defrauds s13(c)(1) Voting Rights Act "effective"ness of vote services for primary voters, election voters and states.

**REPRESENTATIVE DEMOCRACY TRUMPS FREEDOM OF ASSOCIATION AND EXPRESSION.**
5. **Declaration 5** that; While a member of the House or the Senate has a freedom of assembly (association) right to join another party or freedom of speech (expression) right to become an independent, "We the people" have a constitutionally guaranteed representative democracy rights, the umpire for which constitutional right prevails, is the representative democracy objects of the House and Senate Democratic or Republican caucus.

**RULE OF LAW AGAINST ARBITRARY CONSTITUTIONAL INTERPRETATION**
6. **Declaration 6** that; The constitutional rule of law against arbitrary (contrary to objects) interpretation of law as expressed in the doctrine of abuse of rights, requires that when there are two competing constitutional rights, the umpire is the objects of the subject matter.

**DEFRAUDING NOMINATION AND ELECTION VOTERS AND DONORS, GOVERNMENTS**
7. **Declaration 7** that; it is irrational to allege that freedom of association or expression or conscience is a right to defraud nomination and election voters and donors / national or state or local governments that are paying for elected member services pursuant to a writ of summons to serve in the elected party caucus. Au contraire, freedom of association or expression or conscience rights of party members and the electorate means, a resignation, new nomination and a new election is the only legal means to achieve a floor crossing

**FLOOR CROSSING IS A VIOLATION OF THE CIVIL RIGHTS ACT**
8. **Declaration 8** that; Civil Rights Act "equal enjoyment of ... services, .. privileges, advantages, ..without discrimination" in 201 "discrimination .. of any kind" in s202, "withhold or deny" in s203, "person has engaged" in 204, "permanent or temporary injunction, restraining order, or other order" in 204, "deny the full exercise of the rights**"** in 206, applies to floor crossing effect on the effectiveness of voting rights for white people and non-white people.

**CIVIL RIGHTS ACT PREVENTIVE RELIEF IS A DOJ FLOOR CROSSING LEGAL OPINION POSITIVE OBLIGATION**
9. **Declaration 9** that; there is public record evidence to support a judicial notice of fact that since the inception

of congress, there have been 24 party caucus floor crossings in the House and 24 party caucus floor crossings in the Senate AND that a floor crossing by a Democrat has an effect on the voting rights of non whites that is different from its effect of the voting rights of whites AND a floor crossing by a Republican has an effect on the voting rights of white males that is different from its effect of the voting rights of non-whites, therefore a floor crossing is a violation of; Civil Rights Act "attempt to withhold or deny, or deprive" in 203, "reasonable grounds to believe that any person i**s** about to engage" in 204, "civil action for preventive relief" in 204, "pattern or practice of resistance to the full enjoyment of ... rights" in 206, applies to any House or Senate or state legislature or local party caucus rules that authorize floor crossing or expulsion of an elected member from an elected party caucus;

## ACTION NECESSARY TO MAKE VOTE EFFECTIVE BY PROTECTING INTEGRITY OF ELECTION BALLOT COUNT

10. **Declaration 10** that; Voting Rights Act "Vote ...all action" in s13(c)(1) includes floor crossing; "SEC. 13.

(c)(1) .. "vote" or "voting" shall include all action necessary to make a vote effective in any primary, special, or general election, including, but not limited to, ...", therefore floor crossing is a violation of the **integrity of the election ballot count**. Victims include;

a) party primary voters' elected party representation rights,
b) general election voters' US Constitution Art 1 s2 s3, 9th Amendment, 14th Amendment s1, elected party representation rights in any Voting Rights Act "Federal, State, or local election",
c) states' US Constitution Art 1 s3(1), 14th Amendment s2, 17th Amendment House and Senate party representation rights,
d) any individual or organization who donated to the candidate's party primary or election or re-election campaign,
e) any governments or parties that contribute to the cost of the party primary,
f) any governments that contribute to the cost of writ of election ballots with candidate name and party,
g) federal government that provides a candidate writ of summons to serve in House or Senate party caucus to which the member won the election,
h) federal government that pays the salary, benefits and expenses of the candidate that won the election to serve in House or Senate party caucus,
i) similar above-mentioned parties affected floor-crossing in a US Constitution Art 4 s4 state legislature or any local councils that permits political parties

## LACK OF HOUSE OR SENATE DEMOCRATIC OR REPUBLICAN CAUCUS JURISDICTION TO EXPEL A DISLOYAL ELECTED MEMBER FROM CAUCUS

**11.**    **Declaration 11** that; voters do not elect a candidate to become a member of a party, membership is

a service available to the public, a candidate that is elected to serve in a House or Senate Democratic or Republican caucus cannot be expelled from the elected party caucus for becoming a member of another political party or no political party. Any party caucus rule that stipulates expulsion as a penalty for disloyalty OR that a member that was elected to a party caucus has to be a member of that party OR permits floor-crossing, is void, because the mandatory right to seat in a particular party caucus is given by voters, not the party, therefore the party lacks jurisdiction to attach additional party loyalty criteria for party caucus membership.

**A VOTE FOR A PARTY CANDIDATE IS A VOTE AGAINST INDEPENDENT REPRESENTATION**

**12.**    **Declaration 12** that; the election of a party's candidate implies the equal benefit of party caucus rights and rules, that are not available to an independent, although a party caucus is not a parliamentary committee, it is a political subdivision exercise of public power that is integral to the effectiveness of the vote for the legislative branch of government. The political party makeup of the legislative branch of government, is the will of the electorate, therefore caucus rules must be publicly disclosed to the electorate before and after the election, a party rule that violates the Constitution shall be subject to court judicial review public law remedy.

**PARTY CAUCUS IS NOT A PARLIAMENTARY COMMITTEE**

**13.**    **Declaration 13** that; The election of a party's candidate to the House of Senate implies a right to certain benefits that would not available to an independent, although a House or Senate party caucus is not a House or Senate Committee that is governed by the rules of the House or Senate, it is a political subdivision exercise of public power that is integral to the effectiveness of the legislative branch of government, therefore it is implied from the 1st Amendment and the objects of the Freedom of Information Act that caucus rules should be public, and any unconstitutional rule should be subject to court inherent jurisdiction judicial review public law remedies.

**IMPLICATION OF FLOOR CROSSING ON FEDERALLY ASSISTED VOTING PROGRAMS**

14. **Declaration 14** that; Political party caucus rules lack jurisdiction to violate;

a) USA Constitution "We the People .. form a more perfect Union.. insure domestic Tranquility.. promote

the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity..".

b) US Constitution Art 4, s4 "The United States shall guarantee to every State.. a

Republican Form of Government".

c) Declaration of Independence July 4 1776 "We hold these truths to be self-evident, that

all .. are endowed by their Creator with certain unalienable rights.. to secure these rights, governments..

**deriving their just powers from the consent of the governed**.

d) National Voter Registration Act of 1993 "(a)(1) the right of citizens of the United

States to vote is a fundamental right; (2) it is the duty of the Federal, State, and local governments to promote

the exercise of that right;.. (b)(3) to protect the **integrity of the electoral process**;".

e) objects of Help America Vote Act 2002 ".. program to provide funds to States ...

establish the Election Assistance Commission to assist in .. Federal elections ..

administration of certain Federal election laws and programs.... other purposes.. Help America Vote

Foundation...Voting assistance programs...".

f) objects of Civil Rights Act 1964 "..To enforce the constitutional right to vote".

g) objects of Voting Rights Act 1965 "ACT To enforce the fifteenth amendment to the

Constitution of the United States, and for other purposes".

h) objects of Federal Election Campaign Act of 1971.


### PARTY PRIMARY (FLOOR CROSSING) COMMON LAW BINDS DOJ

15. **Declaration 15** that; The political party make up for the House or the Senate is the electoral will of

US Constitution "we the people". In order to guarantee the effectiveness of the vote, lower courts and the

US Supreme Court extended election voting rights to include party primary and pre-primary activity

leading to primary voters', election voters', state's political party representation in the federal House or

Senate. As shown below, the same logic that applied to party primaries applies to a party caucus floor

crossing, which is a post-primary activity leading primary voters', election voters', state's political party

constitutional representation rights;

a)        Utah Republican Party v. Cox - The Tenth Circuit Court of Appeals No. 16-4091 D.C. No. 2.16-CV-00038-DN "A political party .. First Amendment right to limit its membership ... are circumscribed.. when.. State gives .. **certain parties the right to have their candidates appear with party endorsement on the general-election ballot**.. party's... (*floor-crossing*) action may become state action ... **State acquires a legitimate governmental interest** ...enabling it to prescribe.. (*floor-crossing*) process .. early as 1941 the Supreme Court held.. primary elections – or even pre-primary party activity ... **were sufficiently "state action"**... **State may ... insist that intraparty** (*floor-crossing*) **..be settled .. by primary (**(*floor-crossing election*).. **state interests constitute the very backbone of our constitutional scheme .. founders recognized the importance of representative democracy**.... primary (*floor-crossing*).. affect profoundly the choice at .. election and may .. deprive.. voter of ..**constitutional rights to choice**" ..a government that refused to acknowledge its interest in protecting representative democracy during primary (*floor-crossing*) ...would be ignoring its **solemn obligation** ... **State has a ..compelling interest in ensuring that the governed have an effective voice** in the (*floor-crossing election*) process of deciding who will govern them.."

b)        United States v. Classic, 313 U.S. 299 (1941)...2. .. **The primary** (*floor-crossing*) **election is an integral part of the procedure for choosing Representatives,**.. to secure the election of the primary (*floor-crossing*) nominee of a particular political party...3. .. the primary (*floor-crossing*) effectively controls the choice, the right .. to vote .. at the primary (*floor-crossing*), is **part of the right to choose Representatives** secured by Art. I, § 2. P. ... **A primary** (*floor-crossing*) **election, which is a necessary step in the choice of candidates for election as Representatives in Congress,** .. controls that choice, is an election (*floor-crossing*) within the meaning of Art. I, §§ 2 and 4 of the Constitution, and is subject to Congressional regulation as to the manner of holding it. ... Section 20 of the Criminal Code provides that whoever (*DOJ Consent To Party Caucus Rules*)**), "under color of any law," willfully .. deprivation of any rights, privileges** ..**protected by the Constitution and laws.**..shall be punished... where, in fact, the primary (*floor-crossing*) effectively controls the choice, .. right of (*floor- crossing*) participation is protected just as is the right to vote at the election, .. we cannot close our eyes to the fact, .. that .. choice of candidates at the primary (*floor- crossing*) may be so great as to affect profoundly the choice at the general election, even though there is no effective legal prohibition upon the rejection .. at the primary (*floor-crossing*), ..**to deprive the voter of his constitutional right of choice. ...Unless the constitutional protection of the integrity of "elections" extends** to primary (*floor-crossing*) elections,... **the popular choice of representatives is stripped of its constitutional protection** .. ... It is hardly the performance of the judicial function to construe a statute which, in terms, protects a right secured by the Constitution, here the right to choose a representative in Congress, as applying to an election whose only function is to ratify a choice already made at the primary, but as having no application to the primary (*floor-crossing*) **which is the ..means of choice. To withdraw from the scope of the statute an effective interference with the constitutional right of choice.. is to say that acts plainly within the statute should be deemed to be without it** .... If a right secured by the Constitution may be infringed by (*DOJ*) **corrupt failure to include a primary** (*floor-crossing regulation or court injunction or declaration*) **..**.. that a particular form of pollution has only an indirect effect on the final election is immaterial. **... The important consideration is that the Constitution should be interpreted broadly, ... to deal with all the exigencies of the electoral process. .. to place beyond the pale acts which, in their direct or indirect effect, impair the integrity of Congressional elections.**

c)        Terry v. Adams, 345 U.S. 461 (1953)..The State here devised a process for primary elections. The right of all citizens to share in it, and not to be excluded by unconstitutional (*floor-crossing*) bars, is emphasized by the fact that .... ."We think that this statutory system for the selection of party nominees

for inclusion on the general election ballot makes the party *which is required* to follow these legislative directions an agency of the state insofar as it determines the participants in a primary (*floor- crossing*) election. The **party** *(caucus in the House or Senate)* **takes its character as a state agency from the** (*DOJ floor-crossing*) **duties imposed upon it by state statutes** *(Civil Rights Act, Constitution, Criminal Code, Voting Rights Act);* **the duties do not become matters of private law because they are performed by a political party**."

d)      Smith v. Allwright, 321 U.S. 649 (1944)..1. The right of a citizen of the United States to vote for the nomination of candidates for the United States Senate and House of Representatives in a primary (*floor-crossing*) which is an integral part of the elective process is a right secured by the Federal Constitution, and this right of the citizen may not be abridged. ..When, as here, primaries (*floor-crossing*) become a part of the machinery for choosing officials, state and federal, the same tests to determine the character of .. abridgment should be applied to the primary (*floor-crossing*) as are applied to the general election. ... Texas is free to conduct her elections and limit her electorate ..**save only as her action may be affected by the prohibitions of the United States Constitution or in conflict with powers delegated to and exercised by the National Government**. ..We think that this statutory system for the selection of party nominees for inclusion on the general election ballot makes the party which is required to follow these legislative directions an agency of the state in so far as it determines the participants in a primary (*floor-crossing*) election. **..If the state requires a certain electoral procedure, .. made up of party nominees .. practically speaking, .. it endorses** (*floor-crossing*)**, adopts and enforces the ..** (*floor-crossing*) **practiced by a party..** United States is a constitutional democracy. Its organic law grants to all citizens a right to participate in the (*floor-crossing*) choice of elected officials without restriction .. the opportunity for choice is not to be nullified by a .. electoral process in a form which permits a private organization to practice (*floor-crossing*). **Constitutional rights would be of little value if they could be thus indirectly denied**. ..privilege of ... a party may be, .. no concern of a state. **But when.. that privilege is also the essential ..in a primary** (*floor-crossing*) **to select nominees for .. election, the state makes the action of the party the action of the state**. ...

e)      Alaskan Independence Party *v.* Alaska, 545 F.3d 1173 (9th Cir. 2008) Court of Appeals for the Ninth Circuit... **....** The question before us is whether Alaska has a sufficiently compelling interest in its state-run mandatory primary (*floor-crossing*) justifying the burden on Appellants' associational rights. We hold that it does. "....  purpose of Alaska's mandatory direct primary (*floor-crossing election*) is to provide a neutral mechanism for resolving party nominating (*floor-crossing*) decisions that reduces the role of party leadership and gives ultimate authority to party voters. This advances the state's interest in ...preventing party leadership from controlling nominating (*floor- crossing*) decisions, **while promoting democratic decision making. The state's goals would clearly be impeded if party leaders could** either opt out of the primary (*floor- crossing election*).. or **interfere with the democratic process by** exercising veto power over the candidates that might seek the nomination (*floor-crossing election*)...**We have also agreed that "the State's interest in enhancing the democratic character of the** (*floor-crossing*) **election process overrides whatever interest the Party has in designing its own rules for nominating** (*floor-crossing*) **candidates**," ...[a state] may lawfully require that significant elements of the democratic election process be democratic— whether the Party wants that or not"). ...

f)      Morse Et Al. *V.* Republican Party Of Virginia Et Al. Appeal From The United States District Court For The Western District Of Virginia No. 94-203. Argued October 2, 1995-Decided March 27,1996 ... Voting Rights Act of 1965, ...prohibits the enactment or enforcement .. of (*floor-crossing*) voting qualifications or procedures that differ from those in effect on November 1, 1964, or two later dates, **unless they have been precleared by the Attorney General or approved by the United States District Court for the District of Columbia**....Attorney General's regulation... provides that when a political party makes a change affecting (*floor-crossing*) voting, § 5 requires preclearance if ..The (*floor-*

*crossing*) change must relate to "**a public electoral function of the party**" ... We expressly held that "§ 5, like the constitutional provisions it is designed to implement, applies to all entities (party caucuses) having power over any aspect of the (*floor-crossing*) electoral process.. we noted that § 5 is "expansive within its sphere of operation" and "comprehends all changes to rules governing (*floor- crossing*) voting." ...**We have consistently construed the Act to require preclearance of any change in procedures or practices that may bear on the "effectiveness" of a vote cast in "any primary, special** (*floor-crossing*)**, or general election."...** As an elementary fact about our Nation's political system, the significance of the nominating convention (*floor-crossing*) to the outcome in the general election was recognized as long ago ... "As a practical matter, the ultimate choice of the mass of voters is predetermined when the nominations (*floor-crossing*) [by the major political parties] have been made." ..

16. Costs of Appeal throughout

BY APPELLANT (PLAINTIFF) Ade Olumide, 121 Scottwood Groove, Dunrobin, Ontario, Canada, Tel +1 613 265 6360 Fax +1 613 832 2051 ade6035@gmail.com, May 11, 2020



**CLERK Please mail copies of the above Notice of Appeal to the following at the addresses indicated:**

APPELLEES (DEFENDANT); U.S. Attorney General, 950 Pennsylvania Avenue, NW Washington, DC 20530

U.S. Attorney General For The District Of Columbia, 501 Third Street, NW Washington, DC 20001 (hand delivery) OR 555 Fourth Street, NW Washington, DC 20530 (for mail delivery)

House Democratic Caucus c/o Chairman Hakeem Jeffries, Washington, DC Office 2433Rayburn House Office Building Washington, DC 20515 Phone:202-225-5936

House Republican Conference c/o Chair, LizCheney1420 Longworth HOB Washington, DC20515 Phone202-225-5107

Senate Democratic Caucus, c/o Chair Chuck Schumer,322 Hart Senate Office Building, Washington, D.C. 20510 Phone: (202) 224-6542 Fax: (202) 228-3027

Senate Republican Conference, c/o Chair, John Barrasso, Washington, DC Office:307 Dirksen Senate Office Building, Washington, DC 20510, Main: 202-224-6441 Fax: 202-224-1724 Toll free: 866-235- 9553

NOTICE TO PARTIES INDIRECTLY AFFECTED BY DECLARATORY RELIEF;

U.S. House Representative Justin Amash Washington Office106 Cannon HOB Washington, DC 20515Phone: (202) 225-3831Fax: (202) 225-5144

U.S. House Representative Jefferson Van Drew Washington, DCOffice331 Cannon HOB Washington, DC20515Phone: (202)225-6572